UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEMAR DWAIN SILBURN,

    Petitioner,

  v.

TODD BLANCHE, et al.,

    Respondents.

C26-0377 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) By Order entered March 10, 2026, docket no. 6, the Court GRANTED the petition for a writ of habeas corpus, docket no. 3, and ordered that petitioner be provided a bond hearing or released from custody.  By Order entered April 6, 2026, docket no. 10, the Court directed respondents, who did not file a habeas return, to provide information concerning petitioner's status.  Respondents have since indicated that no recording or transcript of the bond hearing conducted on March 18, 2026, was generated.  Lambert Decl. at ¶ 4 (docket no. 11).  Respondents have, however, provided materials from petitioner's alien file, _id._ at Exs. A–K, and a summary of petitioner's immigration and criminal history, _see_ Hubbard Decl. (docket no. 12), which together support the immigration judge's denial of conditional release on grounds that petitioner poses a danger to the community and a flight risk, _see_ Immigration Judge Order (docket no. 8-1). Petitioner has not sought any further habeas relief, and no issue remains for the Court's determination.  The Clerk is therefore DIRECTED to close this case and to send a copy of this Minute Order to all counsel of record and to petitioner pro se.

  Dated this 15th day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1